UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:20-cv-00218-RJC-DSC

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>     Plaintiff,<br><br>v.<br><br>GLOBAL TEAM ELECTRIC, LLC, DARMELLEON LEE, and CALVIN GODWIN,<br><br>     Defendants. | **DEFAULT JUDGMENT** |

THIS MATTER comes before the Court upon the Plaintiff Great American Insurance Company's motion for a default judgment against Defendants Global Team Electric, LLC and Darmelleon Lee only. It appears from an examination of the Motion, supporting exhibits, and other pleadings filed in this action, that Defendants Global Team Electric, LLC and Darmelleon Lee were duly served with the Summons and Verified Complaint; the Court entered their defaults on July 27, 2020 for failure to plead or otherwise defend this action (Doc. 32); Defendant Darmelleon Lee is not an infant, nor incompetent and is not in the military or armed services of the United States, nor entitled to the protection afforded by the Servicemembers Civil Relief Act of 2003 (50 U.S.C. § 501, *et seq*.); and Plaintiff is entitled to judgment by default pursuant to Fed. R. Civ. P. 55;

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of the Plaintiff against the Defendants Global Team

Electric, LLC and Darmelleon Lee, jointly and severally, in principal amount of $1,797,678.65, plus interest at the legal rate of 8% from February 1, 2021, until paid in full.

Signed: February 19, 2021

Frank G. Johns, Clerk
United States District Court